# ROYSTON RAYZOR

### EST. 1892

Royston, Rayzor, Vickery & Williams, LLP
Attorneys at Law

James R. Watkins
james.watkins@roystonlaw.com
Internet: www.roystonlaw.com

The Hunter Building
306-22nd Street, Suite 301
Galveston, TX 77550-1589
Main: 409.763.1623
Fax: 409.763.3853

October 18, 2012

United States Courts
Southern District of Texas
FILED

OCT 18 2012

David J. Bradley, Clerk of Court

<u>Via Facsimile: (713) 250-5010</u>

Andrew Boyd
Case Manager, United States District Clerk
P.O. Box 61010
Houston, Texas 77208

Re: C.A. No. 4:12-CV-1335; *Diamond Offshore Drilling Ltd. v. Seabulk Offshore Do Brasil, Ltda. and Seabulk International, Inc.*; In the United States District Court for the Southern District of Texas, Houston Division; Our File No. 58,206

Dear Mr. Boyd:

Pursuant to Judge Lake's Court Procedures [5b], please be advised that counsel have agreed that the submission date for Seabulk Offshore do Brasil's Motions to Dismiss For Insufficiency of Process, Insufficiency of Service of Process, and Lack of Personal Jurisdiction [Document 14] shall be extended until and including November 22, 2012 and that Diamond Offshore Drilling Ltd. shall have until that date to file its response to the Motion of Seabulk Offshore Do Brasil. Please confirm that this meets with the approval of the court.

Thank you for your attention to the foregoing.

Very truly yours,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James R. Watkins

JRW/hl
58206:10154261

---

| Galveston | Houston | Corpus Christi | Rio Grande Valley | San Antonio |

Andrew Boyd
Case Manager, United States District Clerk
October 18, 2012
Page 2

Copy to:
Mr. Andrew M. Stakelum
Legge, Farrow, Kimmitt, McGrath & Brown, L.L.P.
5151 San Felipe
Suite 400
Houston, Texas 77056
*Via Facsimile: (713) 953-9470*